UNITED STATES of America,
Plaintiff–Appellee,

v.

Denny R. GULLETT, Defendant–
Appellant.

No. 02–7720.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 21, 2003.

Decided March 7, 2003.

Cheryl Johns Sturm, Chadds Ford, Pennsylvania, for Appellant. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Denny R. Gullett seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Gullett has not made a substantial showing of the denial of a constitutional right. *See United States v. Gullett,* Nos. CR–94–17; CA–97–456–2 (S.D.W.Va. Sept. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*